UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## ORDER

**IT IS ORDERED** that the hearings in the following cases, set for Wednesday, January 12, 2022 before Judge Carl J. Barbier, will be held remotely, **at the times listed below, via Zoom** due to the conditions caused by the ongoing COVID-19 outbreak:

### 9:30 a.m.

17-3226 Dwaine Cantillo v. BP America, Inc., et al.

17-3670 Karen DeBose v. BP, et al., c/w 17-3675 Jimmy DeBose v. BP, et al., c/w 17-3680 Chrishawn DeBose v. BP, et al.

20-2628 Henry et al v. Clarkson

20-3416 Nicholas v. Pigott, et al.

21-807 Fuentes v. Castillo Builders LLC

21-1352 Tracy L. West v. Gregg M. Greenberg, et al.

20-423 Garcia v. Fieldwood Energy, LLC, et al.

### 10:00 a.m.

20-2532 Exchange Centre, L.L.C. v. Chen

### 10:30 a.m.

18-399 Academy of Allergy & Asthma in Primary Care et al v. Louisiana Health Service and Indemnity Company

**ADDITIONAL NOTES:**

1. Only attorneys or pro se plaintiffs who will be speaking at the hearing shall appear via Zoom (an email will be sent with the link to the video). All others, including the public, may listen to the proceedings by dialing 1-650-479-3207 (Access Code: 160 383 5704). Be advised that this number is "listen only."

2. Those who will be speaking shall log onto Zoom fifteen minutes before the start time of the conference.

3. Those participating remotely via Zoom <u>must</u> be in a private room on a computer or laptop and shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

4. **Recording these proceedings is prohibited.**

New Orleans, Louisiana, this 11th day of January 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE