UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIO FUENTES, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**CASTILLO BUILDERS LLC**<br><br>**Defendant** | **CIVIL ACTION NO. 2:21-cv-00807 J(5)** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Elio Fuentes, voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
*HMS Law Firm*
3850 N. Causeway Blvd., Suite 590
Metairie, Louisiana 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0104
*Counsel for Plaintiff*